# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2008

136995

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER JOHN BERNAICHE,
      Defendant-Appellant.

SC: 136995
COA: 261498
Wayne CC: 03-001733

_____/

      On order of the Court, the application for leave to appeal the July 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2008

_____
Clerk

s1203